UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62310-DIMITROULEAS/PAB

GLENN THEOBALD,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiff's counsel's Amended Motion for Authorization of an Attorney Fee Under Section 206(b)(1) of the Social Security Act [DE 26], and Magistrate Judge Augustin-Birch's November 21, 2024 Report and Recommendation (the "Report") [DE 29]. The Court notes that no objections to the Report [DE 29] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 29] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 29] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Report [DE 29] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's counsel's Amended Motion for Authorization of an Attorney Fee Under Section 206(b)(1) of the Social Security Act [DE 26] is **GRANTED**;

3. Plaintiff's counsel, attorney Heather Freeman, is hereby awarded a gross attorney fee of $30,705.74 under 42 U.S.C. § 406(b)(1)(A). Deducting the $6,410.56 EAJA fee award, Attorney Freeman shall receive a net disbursement of $24,295.18.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of December, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

Magistrate Judge Augustin-Birch